IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEFFREY R. NELSON and UNIVERSITY OF NORTH DAKOTA AEROSPACE FOUNDATION,<br><br>    Plaintiffs,<br><br>VS.<br><br>CHARLES L. W. MCGUIRE,<br><br>    Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. 07-2389 |

## COUNTER-DEFENDANTS' ORIGINAL ANSWER
## TO COUNTER-PLAINTIFF'S COUNTER-CLAIM

COMES NOW, JEFFREY R. NELSON AND UNIVERSITY OF NORTH DAKOTA AEROSPACE FOUNDATION (collectively "Counter-Defendants") and files their Answer to the counter-claims made against them by CHARLES L.W. MCGUIRE ("Counter-Plaintiff"). For such Answer, which numbered paragraphs correspond to the numbered paragraphs of Counter-Plaintiff's Counter-Claim, Counter-Defendants would respectfully show unto the Court as follows:

### I. PARTIES

1.1.   Counter-Defendants believe that Counter-Plaintiff is a resident of Liberty County, Texas, and further acknowledge his filed motion and answer.

1.2.   Counter-Defendants admit the allegations of this paragraph.

1.3.   Counter-Defendants admits the that UNDAF is resident of North Dakota, but denies that it's "main purpose is commercial and for profit."

## 2. VENUE

2.1. Counter-Defendants deny that venue of this federal case is proper in Liberty County, Texas. Counter-Defendants deny that the Texas State Code venue provisions control federal venue.

## 3. BACKGROUND FACTS

3.1. Counter-Defendants are without sufficient knowledge to admit or deny the allegations of this paragraph.

3.2. Counter-Defendants are without sufficient knowledge to admit or deny the allegations of this paragraph.

3.3. Counter-Defendants are without sufficient knowledge to admit or deny the allegations of this paragraph.

3.4. Counter-Defendants are without sufficient knowledge to admit or deny the allegations of this paragraph.

3.5. Counter-Defendants are without sufficient knowledge to admit or deny the allegations of this paragraph.

3.6. Counter-Defendants are without sufficient knowledge to admit or deny the allegations of this paragraph.

3.7. Counter-Defendants deny the allegations of this paragraph.

3.8. Counter-Defendants deny the allegations of this paragraph.

3.9. Counter-Defendants deny the allegations of this paragraph.

3.10. Counter-Defendants deny the allegations of this paragraph.

3.11. As alleged, Counter-Defendants deny this paragraph.

3.12. As alleged, Counter-Defendants deny this paragraph.

3.13. As alleged, Counter-Defendants deny this paragraph.

3.14 As alleged, Counter-Defendants deny this paragraph.

### 4. NEGLIGENT AND GROSS NEGLIGENT MISREPRESENTATIONS OF JEFFREY R. NELSON, FLIGHT INSTRUCTOR

4.1. Counter-Defendants deny this paragraph.

4.2. Counter-Defendants deny this paragraph.

4.3. Counter-Defendants deny this paragraph.

4.4. Counter-Defendants deny this paragraph.

### 5. NEGLIGENCE AND GROSS NEGLIGENCE OF UNIVERSITY OF NORTH DAKOTA AEROSPACE

5.1. Counter-Defendants deny this paragraph.

5.2. Counter-Defendants deny this paragraph.

5.3. Counter-Defendants deny this paragraph.

5.4. Counter-Defendants deny this paragraph.

### 6. NEGLIGENCE/NEGLIGENCE PER SE

6.1. Counter-Defendants deny this paragraph.

6.2. Counter-Defendants deny this paragraph.

6.3. Counter-Defendants deny this paragraph.

6.4. Counter-Defendants deny this paragraph.

### 7. STRICT LIABILITY

7.1 Counter-Defendants deny this paragraph.

7.2 Counter-Defendants deny this paragraph.

7.3.  Counter-Defendants deny this paragraph.

7.4.  Counter-Defendants deny this paragraph.

## 8. WARRANTY

8.1.  Counter-Defendants deny this paragraph.

8.2.  Counter-Defendants deny this paragraph.

8.3.  Counter-Defendants deny this paragraph.

8.4.  Counter-Defendants deny this paragraph.

8.5.  Counter-Defendants deny this paragraph.

## 9. VICARIOUS LIABILITY

9.1.  Counter-Defendants deny this paragraph.

Counter-Defendants acknowledge Counter-Plaintiff's Prayer for Relief, but deny that Counter-Plaintiff is entitled to any judgment, awards, damages, or costs from Counter-Defendants.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Counter-Defendants pray for judgment in its favor, for costs of suit, and for such other and further relief as deemed appropriate by the Court.

Respectfully submitted,

GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, Texas 78216-5057
Telephone: (210) 349-0511
Facsimile: (210) 349-2760

By: _____
RON A. SPRAGUE
rsprague@gendrysprague.com
State Bar No.: 18962100
SD Bar No.: 151
THAD COAKLEY
tcoakley@gendrysprague.com
State Bar No.: 00793035

ATTORNEYS FOR PLAINTIFFS/COUNTER-DEFENDANTS

**CERTIFICATE OF SERVIVCE**

I hereby certify that on September 26, 2007 I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Mr. Michael M. Essmyer
Essmyer, Tritico & Rainey, L.L.P.
5111 Center Street
Houston, Texas  77007

Mr. Frederick L. McGuire
Mr. Mark A. Gray
Law Offices of Frederick L. McGuire
730 N. Post Oak Road, Suite 201
Houston, Texas  77024

_____
RON A. SPRAGUE
THAD COAKLEY

g:\ras\nelson\AnsCrossClaim