IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEFFREY R. NELSON and<br>UNIVERSITY OF NORTH DAKOTA<br>AEROSPACE FOUNDATION,<br><br>　　　　　　Plaintiffs,<br><br>VS.<br><br>CHARLES L. W. MCGUIRE,<br><br>　　　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 07-2389 |

## **PLAINTIFFS, JEFFREY R. NELSON AND UNIVERSITY OF NORTH DAKOTA AEROSPACE FOUNDATION, NOTICE OF RULE 26(A) DISCLOSURES**

Plaintiffs, JEFFREY R. NELSON and UNIVERSITY OF NORTH DAKOTA AEROSPACE FOUNDATION, served the following on all parties in this case.

1. Plaintiffs, Jeffrey R. Nelson and University of North Dakota Aerospace Foundation, Rule 26(a) Disclosure Statement.

Service of this document on all parties was made by facsimile, on November 21, 2007, to their attorneys of record.

Respectfully submitted,

GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, Texas 78216-5057
Telephone:  (210) 349-0511
Facsimile: (210) 349-2760


By:   /s/ Ron A. Sprague
      RON A. SPRAGUE
      rsprague@gendrysprague.com
      State Bar No.: 18962100
      SD Bar No.:  151
      THAD COAKLEY
      tcoakley@gendrysprague.com
      State Bar No.: 00793035

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2007, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Mr. Frederick L. McGuire
Mr. Mark A. Gray
Law Offices of Frederick L. McGuire
730 N. Post Oak Road, Suite 201
Houston, Texas  77024

Mr. Michael Essmyer
Essmyer & Tritico
4300 Scotland
Houston, Texas  77007

and I hereby certify that on November 21, 2007, I delivered a copy of the foregoing pleadiing to the following non-registered participants:

None


                        /s/ Ron A. Sprague
                        RON A. SPRAGUE

g:ras\mcgquire\noticerule26disclosures.wpd