IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEFFREY R. NELSON and <br> UNIVERSITY OF NORTH DAKOTA <br> AEROSPACE FOUNDATION, <br><br> Plaintiffs, <br><br> VS. <br><br> CHARLES L. W. MCGUIRE, <br><br> Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. 07-2389 |

## AGREED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiffs JEFFREY R. NELSON and UNIVERSITY OF NORTH DAKOTA AEROSPACE FOUNDATION and Defendant CHARLES L. MCGUIRE and file this Agreed Motion to Dismiss.

The Parties desire to dismiss this action, including all claims and counter-claims, as such claims and the issues presented in this suit will fully adjudicated in the lawsuit before the U.S. District Court, Eastern District of Texas, Beaumont Division styled *Charles McGuire v. Cirrus Design, Jeffery R. Nelson, and University of North Dakota Aerospace* Civil Action No. 1:07-CV-683- RHC.

WHEREFORE, premises considered, the Parties move for dismissal, without prejudice, of this action. All parties to bear their own costs and attorneys fees.

Respectfully submitted,

GENDRY & SPRAGUE, P.C.
645 Lockhill Selma
San Antonio, Texas 78216-5057
Telephone: (210) 349-0511
Facsimile: (210) 349-2760


By:   /s/  Ron A. Sprague
      RON A. SPRAGUE
      rsprague@gendrysprague.com
      State Bar No.: 18962100
      SD Bar No.:  151
      THAD COAKLEY
      tcoakley@gendrysprague.com
      State Bar No.: 00793035

ATTORNEYS FOR PLAINTIFFS


Essmyer, Tritico & Rainey, L.L.P.
5111 Center Street
Houston, Texas  77007
Telephone: (713) 869-1155
Facsimile: (713) 869-8957


By:   /s/ Michael M. Essmyer
      MICHAEL M. ESSMYER
      messmyer@essmyertritico.com
      State Bar No. 06672400

ATTORNEYS FOR DEFENDANT

g:\ras\nelson\mot.dismiss.wpd